| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Net Textstore LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See attached Exhibit 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**14-1996469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4700 South 19th Street**<br>**Lincoln, Nebraska**<br>ZIP CODE **68512** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lancaster** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Net Textstore LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See attached Rider 1** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                 _____

                 (Name of landlord that obtained judgment)

                 _____

                 (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Net Textstore LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *Laura Davis Jones*<br>    Signature of Attorney for Debtor(s)<br>    **Laura Davis Jones (Bar No. 2436)**<br>    Printed Name of Attorney for Debtor(s)<br>    **Pachulski Stang Ziehl & Jones LLP**<br>    Firm Name<br>    **919 North Market Street<br>    17th Floor<br>    Wilmington, DE 19899-8705**<br>    Address<br>    **(302) 652-4100**<br>    Telephone Number<br>    **June 27, 2011**<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Alan G. Siemek*<br>    Signature of Authorized Individual<br><br>    **Alan G. Siemek**<br>    Printed Name of Authorized Individual<br><br>    **Chief Financial Officer, Treasurer, and Assistant Secretary**<br>    Title of Authorized Individual<br><br>    **June 27, 2011**<br>    Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated debtors listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors are simultaneously filing a motion with the Court requesting joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Nebraska Book Company, Inc.

| Debtor | Case Number | Date Filed |
|---|---|---|
| Nebraska Book Company, Inc. | 11-_____ (___) | June 27, 2011 |
| Campus Authentic LLC | 11-_____ (___) | June 27, 2011 |
| College Bookstores of America, Inc. | 11-_____ (___) | June 27, 2011 |
| NBC Acquisition Corp. | 11-_____ (___) | June 27, 2011 |
| NBC Holdings Corp. | 11-_____ (___) | June 27, 2011 |
| NBC Textbooks LLC | 11-_____ (___) | June 27, 2011 |
| Net Textstore LLC | 11-_____ (___) | June 27, 2011 |
| Specialty Books, Inc. | 11-_____ (___) | June 27, 2011 |

## Exhibit 1

The following is a list of names used by the debtor and its affiliates in the last eight years:

- Anders Bookstore
- Ann Ross Bookstore
- Arizona Book Store
- Army Education Center
- Bevo's Atlantic Coast Conference
- Bevo's Northridge
- Big Red Shop
- Bill's Bookstore
- Boalt Hall
- Book Depot
- Boomer Book Company
- Central Alabama Community College Bookstore - Talladega
- Campus Authentic LLC
- Campus Book & Supply
- Campus Corner
- Central Alabama Community College Bookstore
- Chattanooga Books
- Chattanooga State Tech Community College Bookstore
- Clanton Campus Store
- Clemson/Student Book Store
- Cleveland State Community College Bookstore
- Cleveland State University Bookstore
- Coastal Bookstore
- College Book & Supply
- College Book and Supply Vol. III
- College Book Rack
- College Book Rack Volume I
- College Book Rack Volume II
- College Book Warehouse
- College Bookstore
- College Bookstores of America, Inc.
- College Town
- Collegiate Book Exchange
- Colloquium #2
- Colloquium #3
- Collquium Bookstore
- Cowboy Book
- CP Textbooks
- Crimson & Gray
- Dakota Textbook Company
- Delaware Book Exchange
- Dominion Bookstore

- Double T Bookstore
- Double T Bookstore III
- D-Shoppe-Drake University
- Eagle Pride Bookstore
- East Tenn State University Bookstore
- Embassy Suites Gift Shop
- Feed and Read Bookstore
- Florida Book Store
- Florida Book Store Volume II
- Florida Book Store Volume III
- Gannon University Bookstore
- Georgia Bookstore
- GotUsed Bookstore
- Hamline University School of Law
- Hamline University Bookstore
- Hamline University Store II
- Harry's Bookstore
- Highlander Student Bookstore
- Hill College Bookstore
- Hillborough Street Textbooks
- Indy's College Bookstore
- Jackson State Community College Bookstore
- Jayhawk Bookstore
- Jackson State Community College Bookstore - Lexington
- Jackson State Community College Bookstore - Savannah
- Kampus Korner Bookstore
- Kitlie Korner Bookstore
- Knight's Corner
- L & M Bookstore
- L & M UTSA Bookstore
- Lemox College Book & Supply
- Lincoln University Bookstore
- Loupot's Northgate Bookstore
- Loupot's Southgate Bookstore
- Loupot's Wolf Pen Bookstore
- Madison Textbooks
- Maryland Book Exchange
- Maryville College Bookstore
- Maverick Bookstore
- Michigan Book and Supply
- Mike's Book Store
- Miner Books
- Natural History Museum Gift Shop
- NBC Acquisition Corp.
- NBC Holdings Corp.
- NBC Textbooks LLC

- Nebraska Book Company, Inc.
- Nebraska Bookstore
- Ned's Bookstore
- Neebo
- Neebo Bookstore
- Net Textstore LLC
- New River Community College Bookstore
- Our Lady of the Lake University Bookstore
- Packbacker's Student Bookstore
- Panther Bookstore
- Paris Junior College Bookstore
- Pell City Campus Store
- Pioneer Bookstore
- PJ's College Books
- PJ's Text Books
- Prairie Wolves Bookstore
- Prince George's Community College Bookstore
- Purchase College Bookstore
- Radford Book Exchange
- Raider Books
- Ram Book & Supply
- Rebelbooks
- Rebelbooks II
- Roadrunner Bookstore
- Rocky Top Books
- Rocky Top East
- South Texas Book & Supply Branch
- Saluki Bookstore
- Seahawk Book & Supply
- Shelby Campus Store
- Sooner Textbooks
- South Carolina Bookstore
- South Florida Community College Bookstore
- South Texas Book & Supply
- Spartan Art Store
- Spartan Bookstore
- Spartan Bookstore Concessions
- Spartan Medical Store
- Specialty Books
- Specialty Books, Inc.
- Sprirt Shop
- St. Clair County Community College Bookstore
- Stadium Bookstore
- Student Book Store
- Student Bookstore
- Southwest Missouri Baptist University Bookstore

- Southwest Missouri Baptist Bookstore-Salem
- Tech Bookstore
- Textbook Corner
- Textbook Outlet
- Textbook Team
- The Alamo II
- The Book Stop
- The College Store
- The Student Bookstore
- The Textbook Company
- Thompson's College Bookstore
- Tennessee - Student Book & Supply
- Traditions Bookstore-College Station
- Traditions Bookstore-George Bush
- Traditions Bookstore-Woodstone
- UBS Bookstore
- Ulrich's Bookstore
- Underground Textbook Exchange
- University Book and Supply
- University Book Shop
- University Book Store
- University Books of Charleston
- University Bookstore
- University Bookstore - Spirit Shop
- University Text & Tools
- University of Southern California Lancaster Bookstore
- Varsity Book Store
- Voertman's
- Wayne County Community College Downriver
- Wayne County Community College Downtown
- Wayne County Community College Eastern
- Wayne County Community College Northwest
- Wayne County Community College District Bookstore Western
- Wayne County Community College District Bookstore Warehouse
- Western International University Bookstore