## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NET TEXTSTORE LLC, | ) Case No. 11-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and affiliated debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is a consolidated list of the Debtors' creditors holding the thirty (30) largest unsecured claims (the "Consolidated Creditor List") based on the Debtors' unaudited books and records as of the petition date. The Consolidated Creditor List has been prepared for filing in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.

The Consolidated Creditor List does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, the information herein does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim at a later date.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 1. | BNY Midwest Trust Company, as Trustee<br>Two North LaSalle Street<br>Suite 1020<br>Chicago, IL 60602<br>Tel: (312) 827-8500<br>Fax: (212) 809-9528 | Bond Debt | Unliquidated | $179,234,635.42 |
| 2. | BNY Midwest Trust Company, as Trustee<br>Two North LaSalle Street<br>Suite 1020<br>Chicago, IL 60602<br>Tel: (312) 827-8500<br>Fax: (212) 809-9528 | Bond Debt | Unliquidated | $79,376,305.56 |
| 3. | Pearson Education Inc.<br>PO Box 409496<br>Atlanta, GA 30384-9496<br>Tel: (800) 848-9500<br>Fax: (303) 873-7449 | Trade Debt | Unliquidated | $4,904,841.88 |
| 4. | Cengage Learning<br>Global Rights & Permission<br>PO Box 71074<br>Chicago, IL 60694-1074<br>Tel: (800) 730-2214<br>Fax: (800) 487-8488 | Trade Debt | Unliquidated | $2,013,386.52 |
| 5. | Elsevier Inc<br>P O Box 0848<br>Carol Stream, IL 60132-0848<br>Tel: (408) 848-1063<br>Fax: (212) 633-3990 | Trade Debt | Unliquidated | $510,457.17 |
| 6. | McGraw-Hill Inc<br>PO Box 7247-7020<br>Philadelphia, PA 19170-7020<br>Tel: (609) 426-5904<br>Fax: (614) 759-3749 | Trade Debt | Unliquidated | $490,840.80 |
| 7. | Missouri Book Services<br>PO Box 502335<br>St Louis, MO 63150-2335<br>Tel: (800) 325-3216<br>Fax: (573) 446-5256 | Trade Debt | Unliquidated | $386,858.90 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 8. | U.S. Bank<br>PO Box 790428<br>St Louis, MO 63179-0428<br>Tel: (866) 274-5898<br>Fax: (866) 851-7347 | Trade Debt | Unliquidated | $323,314.30 |
| 9. | MPS<br>Accounts Receivable<br>PO Box 930668<br>Atlanta, GA 31193-0668<br>Tel: (888) 330-8477<br>Fax: (540) 672-7540 | Trade Debt | Unliquidated | $300,931.70 |
| 10. | Matthews Book Company<br>PO Box 501195<br>St Louis, MO 63150-1195<br>Tel: (314) 432-1400<br>Fax: (314) 432-7044 | Trade Debt | Unliquidated | $154,613.20 |
| 11. | Russell Athletic<br>PO Box 102614<br>Atlanta, GA 30368-0614<br>Tel: (205) 329-4923<br>Fax : (270) 781-6588 | Trade Debt | Unliquidated | $126,132.08 |
| 12. | Douglas Stewart Co<br>Dept 7215<br>Carol Stream, IL 60122-7215<br>Tel: (800) 279-2795<br>Fax: (608) 221-5217 | Trade Debt | Unliquidated | $123,319.23 |
| 13. | Tichenor College Textbook Company<br>PO Box 669<br>Bloomington, IN 47402-0669<br>Tel: (800) 367-4002<br>Fax : (800) 331-7690 | Trade Debt | Unliquidated | $123,151.81 |
| 14. | Group Transportation Services<br>5876 Darrow Road<br>Hudson, OH 44236-3864<br>Tel: (800) 689-6255<br>Fax: (330) 342-8701 | Trade Debt | Unliquidated | $118,751.43 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 15. | John Wiley & Sons Inc<br>PO Box 416502<br>Boston, MA 02241-6502<br>Tel: (732) 302-2247<br>Fax: (201) 748-6088 | Trade Debt | Unliquidated | $114,327.09 |
| 16. | QTI - Powers<br>300a S. Valley Mills Dr<br>Waco, TX 76710-7348<br>Tel: (254) 662-3076<br>Fax: (254) 756-1324 | Trade Debt | Unliquidated | $96,118.72 |
| 17. | Vista Higher Learning<br>31 St James Ave Suite 1005<br>Boston, MA 02116<br>Tel: (800) 618-7375<br>Fax: (617) 426-5215 | Trade Debt | Unliquidated | $95,688.44 |
| 18. | Jostens<br>21336 Network Place<br>Chicago, IL 60673-1213<br>Tel: (800) 854-7464<br>Fax: (507) 455-6384 | Trade Debt | Unliquidated | $91,266.68 |
| 19. | Nike Usa Inc<br>PO Box 277482<br>Atlanta, GA 30384-7482<br>Tel: (949) 768-4000<br>Fax: (949) 472-6103 | Trade Debt | Unliquidated | $79,555.59 |
| 20. | Jansport<br>VF Outdoor Inc.<br>13911 Collections Center Drive<br>Chicago, IL 60693-11057<br>Tel: (800) 558-8404<br>Fax: (920) 735-1929 | Trade Debt | Unliquidated | $67,164.42 |
| 21. | Kendall-Hunt Publishing<br>4050 Westmark Drive<br>P O Box 1840<br>Dubuque, IA 52004-1840<br>Tel: (800) 338-8309<br>Fax: (563) 589-1237 | Trade Debt | Unliquidated | $65,166.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 22. | Sage Publications Inc<br>2455 Teller Road<br>Thousand Oaks, CA 91320<br>Tel: (805) 499-0721<br>Fax: (800) 583-2665 | Trade Debt | Unliquidated | $63,807.76 |
| 23. | EMC/Paradigm Publishing<br>SDS 12-2761<br>PO Box 86<br>Minneapolis, MN 55486-2761<br>Tel: (800) 328-1452<br>Fax: (800) 328-4564 | Trade Debt | Unliquidated | $59,378.27 |
| 24. | Perrin Inc.<br>5320 Rusche Dr.<br>Comstock Park, MI 49321-9551<br>Tel: (616) 785-9700<br>Fax: (616) 785-4932 | Trade Debt | Unliquidated | $58,837.20 |
| 25. | Mixed Role Productions Inc<br>PO Box 7517<br>Eugene, OR 97401<br>Tel: (800) 503-5036<br>Fax: (541) 741-8864 | Trade Debt | Unliquidated | $57,306.87 |
| 26. | Texas Book Company<br>8501 Technology Circle<br>PO Box 212<br>Greenville, TX 75402<br>Tel: (800) 527-1016<br>Fax: (903) 454-2442 | Trade Debt | Unliquidated | $54,952.81 |
| 27. | Spirit Products<br>P O Box 729<br>Haverhill, MA 01831-0910<br>Tel: (978) 372-2022<br>Fax: (978) 372-5399 | Trade Debt | Unliquidated | $50,960.01 |
| 28. | Educo International, Inc.<br>715 Park North Blvd Suite 116<br>Clarkston, GA 30021<br>Tel: (800) 963-3826<br>Fax: (770) 506-9243 | Trade Debt | Unliquidated | $50,940.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 29. | D & H Distributing Co.<br>PO Box 406942<br>Atlanta, GA 30384-6942<br>Tel: (800) 877-1200<br>Fax: (717) 255-7822 | Trade Debt | Unliquidated | $50,657.55 |
| 30. | Herff Jones Inc<br>PO Box 2222<br>Ann Arbor, MI 48106<br>Tel: (734) 663-9705<br>Fax: (800) 643-7339 | Trade Debt | Unliquidated | $49,633.93 |

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING CONSOLIDATED CREDITOR LIST

I declare under the penalty of perjury that I have read the foregoing consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: June 27, 2011

Alan G. Siemek
Chief Financial Officer, Treasurer, and
Assistant Secretary